UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H.B., et al,

Plaintiff(s)

26 civ 4813 (JGK)

-against-

NEW YORK CITY PUBLIC SCHOOLS,

Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, September 22, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 17, 2026